Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
TANICHA C. JONES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANICHA C. JONES | Case No.: 2:21-cv-00025-EFB |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE ~~OPENING BRIEF~~ MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Tanicha C. Jones and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from October 12, 2021 to November 1, 2021 for Plaintiff to file ~~an Opening Brief~~ the motion for summary judgment and/or remand, with all other dates in the Court's Scheduling order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Plaintiff's Counsel's disabled mother suffered a

femur/knee fracture resulting in a nonunion on March 1, 2020. Due to her underlying health conditions, and the COVID-19 pandemic there was a delay in having a surgery to correct the nonunion resulting in Counsel's mothers continual need of daily care to be mobile.  The surgery to correct the nonunion was scheduled for June 16th, however it was postponed to July 16th, and was postponed again due to an ongoing infection until further notice. Counsel's mother fell on July 27th, requiring emergency surgery to remove the broken hardware and begin the nonunion revision. Due to underlying health conditions Counsel's mother second revision surgery has been scheduled for October 20, 2021. Counsel has had to work a modified scheduled to take care of her mother.

DATE: October 12, 2021    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff  Tanicha C. Jones

DATE:  October 12. 2021

PHILLIP TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

//
//
//
//

/s/ *Mary Tsai*

BY: _____
Mary Tsai
Special Assistant United States Attorney
Attorneys for defendant Kilolo Kijakazi,
Acting Commissioner of Social Security
|*authorized by e-mail|

**ORDER**

Approved and so ordered.

DATED: October 18, 2021.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:21-CV-00025-EFB**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 14, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*
_____

Monica Perales
Attorneys for Plaintiff